# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

*16*

- - - - - - - - - - - - - - - - - - - - - -

Roger Gousse, Sr., pro se
              Petitioner

    -v-

Immigration and Naturalization
Service, Department of Homeland
Security and Attorney General
John Aschecroft
              Respondent's

Declaration in
Support
of Request
to Proceed
(In Forma
    Pauperis

- - - - - - - - - - - - - - - - - - - - - -

I, declare that I am the Petitioner in the above entitled case; that in support of my

Motion to without being required to pre-pay fees, cost or give security therefor, I state

that because of my poverty I am unable to pay the costs of said proceeding or to give

security therefor, that I believe I am entitled to relief.

1.  I am not currently employed.

2.  I have received no money from any equitable sources in the last twelve (12)

    months.

3.  I have no cash nor savings or checking accounts.

4.  I own no property, stocks, bonds, cars or valuable property.

5.  I have no one dependent on me for support.

Executed on the 26th day of November, 2004 by *Roger Gousse Sr*

                                  Respectfully Submitted,

                                  Roger Gousse, Sr., pro se

## CERTIFICATE

I hereby certify that Roger Gousse, Sr., the Petitioner herein has the sum of

$___.77___, on account to his credit at the Franklin County House of Correction,

where he is currently confined. I further certify that Roger Gousse, Sr., the Petitioner

likewise has the following securities to his credit according to the records of the Franklin

County House of Correction.

_Norma J Lavett_
Authorized Officer of the Institution