```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

ROGER GOUSSE, SR.,                )
          Petitioner,             )
                                  )
     v.                           )    C.A. No. 04-30252-MAP
                                  )
SUPERINTENDENT BYRON, ET AL.,     )
          Respondents             )
```

                        **<u>ORDER OF DISMISSAL</u>**

PONSOR, D.J.

    In accordance with this Court's Memorandum and Order dated January 12, 2005 allowing the Plaintiff's Application to Proceed Without Prepayment of Fees, and dismissing this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed.  The case shall be terminated as a pending case on the docket of the Court.


                                                    BY THE COURT,

                                                 <u>/s/ Elizabeth French</u>
                                                 Deputy Clerk

DATED: January 12, 2005